


FEB 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY M. VERDUZCO
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
ELANA S. LANDAU
Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALAN CHRISTOPHER STAMPS,<br>Defendant. | 1:11 CR 00076 OWW<br>VIOLATIONS: 18 U.S.C. §1591(a)(1) - Sex Trafficking of Children or by Force, Fraud, and Coercion; 18 U.S.C. §1591(a)(2) - Participating in a Sex Trafficking Venture |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. §1591(a)(1) - Sex Trafficking of Children or by Force, Fraud and Coercion]

The Grand Jury charges T H A T

ALAN CHRISTOPHER STAMPS

defendant herein, beginning on or about February 6, 2009, through on or about February 12, 2009, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a twelve year-old female identified as

"C.B.", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1).

<u>COUNT TWO</u>: [18 U.S.C. §1591(a)(1) - Sex Trafficking of Children or by Force, Fraud and Coercion]

The Grand Jury charges T H A T

ALAN CHRISTOPHER STAMPS

defendant herein, beginning on or about February 6, 2009, through on or about February 11, 2009, in the State and Eastern District of California, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a fifteen year-old female identified as "A.W.", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1).

///

///

///

///

COUNT THREE: [18 U.S.C. §1591(a)(1) - Sex Trafficking of Children or by Force, Fraud and Coercion]

The Grand Jury further charges T H A T

ALAN CHRISTOPHER STAMPS

defendant herein, beginning on a date uncertain, but no later than on or about June 11, 2007, through on or about November 16, 2009, in the State and Eastern District of California and elsewhere, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to wit: a sixteen year-old female identified as "U.S.", knowing, or in reckless disregard of the fact, that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(1).

COUNT FOUR: [18 U.S.C. §1591(a)(2) - Participating in a Sex Trafficking Venture]

The Grand Jury further charges T H A T

ALAN CHRISTOPHER STAMPS,

defendant herein, beginning on or about February 6, 2009, through on or about November 16, 2009, in the State and Eastern District of California and elsewhere, in and affecting interstate commerce, knowingly benefitted, financially and by receiving anything of value, from participation in a venture which did recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, to

wit: a twelve year-old female identified as "C.B.", a fifteen year-old female identified as "A.W." and a seventeen year-old female identified as "U.S.", knowing that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause the person to engage in a commercial sex act, and that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By Mark E. Cullers
MARK E. CULLERS
Assistant U.S. Attorney
Chief, Fresno Office