**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**USA**                                    CASE:  **1:11–CR–00076–LJO**

                     vs.

**ALAN CHRISTOPHER STAMPS**                **ORDER OF REASSIGNMENT**

_____ /

      The court, having received the notice of full retirement of **Senior Judge Oliver W. Wanger** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

      IT IS THEREFORE ORDERED that:

      The above captioned case shall be and is hereby **REASSIGNED** from **Senior Judge Oliver W. Wanger** to **District Judge Lawrence J. O'Neill** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:

**1:11–CR–00076–LJO**

      All dates currently set in this reassigned action shall remain effective subject to further order of the court.

      DATED: September 21, 2011

_____
**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE