BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN CHRISTOPHER STAMPS,<br><br>Defendants. | Case No.  1:11-cr-00076 LJO<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL WITHOUT PREJUDICE; ORDER** |

     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against ALAN CHRISTOPHER STAMPS, without prejudice and in the interest of justice.

                                      Respectfully submitted,

Dated: April 22, 2014                           BENJAMIN B. WAGNER
                                                                   United States Attorney

                                                       By: /s/ BRIAN W. ENOS
                                                                    BRIAN W. ENOS
                                                                    Assistant United States Attorney

///

///

///

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against ALAN CHRISTOPHER STAMPS be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:   **April 23, 2014**            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE